IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     No. 4:19-cv-592-DPM

DAVID KEITH WILLIAMS,
BELINDA DAWN WILLIAMS, and
PETIT JEAN STATE BANK     DEFENDANTS

ORDER

Application for entry of Clerk's Default, *Doc. 8*, granted. The United States has shown good service on the Williamses, and the Williamses have not responded to the complaint or appeared. The Court directs the Clerk to enter a Clerk's Default against the Williamses. FED. R. CIV. P. 55(a).

The Court directs the United States to confirm that neither of the Williamses is a minor, incompetent, or in military service. FED. R. CIV. P. 55(b). It must do so in its motion for default judgment.

Petit Jean State Bank has answered, claiming a prior mortgage. The Court directs the United States and the Bank to confer about the terms of a foreclosure decree. Motion for default and proposed decree due by 18 September 2020. (Please also send a copy of the draft decree to chambers in Microsoft Word.)

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

1 September 2020