IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                             No. 4:19-cv-592-DPM

DAVID KEITH WILLIAMS,
BELINDA DAWN WILLIAMS, and
PETIT JEAN STATE BANK                                           DEFENDANTS

ORDER

The United States' motion for default judgment, *Doc. 11*, is granted. FED. R. CIV. P. 55(b)(2). The United States has confirmed that neither of the Williamses is a minor, incompetent, or in military service. *Doc. 11-1.* Petit Jean State Bank has answered and consents to judgment *in rem.* The Bank has a first mortgage on the property securing the Williamses' debt.

No hearing is needed because the sworn materials of record prove the details of the debt. FED. R. CIV. P. 55(b)(2). As of 14 August 2020, the Williamses owed Petit Jean State Bank $4,102.70. Interest has accrued at $0.899044808 per day from 14 August 2020 until today, 30 September 2020. There's $42.26 of accrued interest. The grand total for the Bank is $4,144.96 as of today. *Doc. 11-3 at* ¶ 4. As of 11 August 2020, the Williamses owed the United States $209,850.61. Interest has accrued at $23.6583 per day from 11 August 2020 until today, 30

September 2020. There's $1,182.92 of accrued interest. The grand total for the United States is $211,033.53 as of today. *Doc. 11, 11-1, 11-2, & 11-3.*

The indebtedness due and owing to Petit Jean State Bank and the United States is secured by mortgages on the following described real property:

> Part of the Northwest Quarter of the Northwest Quarter (Pt. NW ¼ NW ¼) of Section Eleven (11), Township Seven (7) North, Range Sixteen (16) West, more particularly described as follows: Beginning at the Northwest corner of said NW ¼ NW ¼; Thence South 825 feet to a Point of Beginning; Thence South 495 feet; Thence East 1320 feet; Thence North 495 feet; Thence West 1320 feet to the Point of Beginning.

All right, title, and interest in and to the above-described property held or claimed by the Williamses is hereby foreclosed.

The Court will therefore enter judgment *in rem* for Petit Jean State Bank and the United States, reasonable attorney's fees and costs for post-judgment collection efforts, and post-judgment interest as allowed by law. If the Williamses do not pay the Bank and the United States within thirty days from the entry of Judgment, the Court directs the United States Marshal to sell the real estate at public auction to the highest bidder by certified check, or on a credit of sixty days at the Conway County Courthouse, Morrilton, Arkansas. The Marshal will fix the date and time of any sale. The sale proceeds will be applied first to the Williamses' debt to the Bank, then to their debt to the United

States, with any remaining balance to be held by the Marshal pending further Order.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 September 2020