IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 4:19-cv-592-DPM

DAVID KEITH WILLIAMS,
BELINDA DAWN WILLIAMS, and
PETIT JEAN STATE BANK                                       DEFENDANTS

## JUDGMENT *IN REM*

**1.** The Court has foreclosed all the Williamses' right, title, and interest in:

> Part of the Northwest Quarter of the Northwest Quarter (Pt. NW ¼ NW ¼) of Section Eleven (11), Township Seven (7) North, Range Sixteen (16) West, more particularly described as follows: Beginning at the Northwest corner of said NW ¼ NW ¼; Thence South 825 feet to a Point of Beginning; Thence South 495 feet; Thence East 1320 feet; Thence North 495 feet; Thence West 1320 feet to the Point of Beginning.

**2.** Petit Jean State Bank shall have judgment against the Williamses for $4,144.96. This total includes a debt of $4,102.70 and $42.26 daily interest accrued from 14 August 2020 to today.

**3.** The United States of America shall have judgment against the Williamses for $211,033.53. This total includes the underlying debt of $172,705.55, $37,145.06 interest as of 11 August 2020, and $1,182.92 daily interest accrued from 11 August 2020 to today.

4. Petit Jean State Bank and the United States shall also have judgment for reasonable attorney's fees and costs on post-judgment collection as the Court may later award on motion.

5. The United States' rights under this Judgment are secondary to Petit Jean State Bank's rights.

6. This Judgment shall bear post-judgment interest at 0.12% interest per annum until paid in full. 28 U.S.C. § 1961(a)–(b).

7. The Court retains jurisdiction to enter all further needed Orders.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 September 2020